**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Hakim,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Federal Insurance Company et al,<br><br>　　　　Defendant. | 2:19-cv-04219-VAP-SSx<br><br>**JUDGMENT** |

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: March 24, 2020

　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　Chief United States District Judge